# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Michelin North America, Inc., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  6:18-cv-00549-DCC |
| US Freightways Logistics, Inc., | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ the plaintiff Michelin North America, Inc. recover from the defendant, US Freightways Logistics, Inc., in the amount of Ninety-Five Thousand, Three Hundred and Eighty dollars, and 77/100 ($95,380.77),  plus prejudgment interest in the amount of Six Thousand, Two Hundred and Sixty-Six dollars and 38/100 ($6,266.38), plus post judgement interest at the rate of 2.07%.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins.

Date:   April 11, 2018                                                             *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                       s/Ashley Buckingham
                                                                                             *Signature of Clerk or Deputy Clerk*